1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Tigran Guledjian (Bar No. 207613)
2   tigranguledjian@quinnemanuel.com
   Richard H. Doss (Bar No. 204078)
3   richarddoss@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Plaintiffs Seiko Epson
   Corporation, Epson America, Inc., and
7  Epson Portland Inc.

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

| | |
|---|---|
| 13  **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**PLANET GREEN CARTRIDGES, INC.**, a California corporation; **SHARON LEVI**, an individual; and **NATALYA LEVI**, an individual,<br><br>Defendants. | CASE NO. 2:23-cv-02692-AB-JCx<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS SHARON LEVI AND NATALYA LEVI (F.R.C.P. 41(a)(1)(A)(i))**<br><br>Judge:  Hon. André Birotte Jr. |

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc. voluntarily dismiss Defendants Sharon Levi and Natalya Levi.  The dismissal shall be with prejudice, with each party to bear its own costs and fees.  The dismissal applies to Defendants Sharon Levi and Natalya Levi and no other party.

DATED:  September 11, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Tigran Guledjian*
**Tigran Guledjian**
California Bar No. 207613
*tigranguledjian@quinnemanuel.com*
**Richard H. Doss**
California Bar No. 204078
*richarddoss@quinnemanuel.com*
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.*